UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10, d/b/a MSN-CLUB,<br><br>    Defendants. | CASE NO. C05-616JLR(RSM)<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter is hereby transferred to the Honorable Marsha J. Pechman, United States District Judge, as related to *Microsoft Corporation v. John Does 1-10 d/b/a/ explore-msn.com* (W.D. Wash. No. C05-0568P (RSM)), for all future proceedings. All future pleadings in this matter shall bear the following cause number and designation: C05-616P-(RSM) "Phishing" Litigation. Judge Martinez's name must appear in the upper-right corner of the first page of all pleadings. The Honorable James L. Robart is no longer assigned to this case.

MINUTE ORDER – 1

The Clerk shall direct a copy of this Order to all counsel of record.

Filed and entered this 31st day of October, 2005.

                                 BRUCE RIFKIN, Clerk

                                      s/Mary Duett
By
                                      Deputy Clerk

MINUTE ORDER – 2